CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

October 23, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**BRADLEY EUGENE MCCRACKEN,**
    Plaintiff,          Civil Action No. 7:23 -cv-00752

v.          **OPINION and ORDER**

**SGT. CARTER, et al.,**          By:  Robert S. Ballou
    Defendant(s).          United States District Judge

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, while incarcerated.  By its Orders entered November 17, 2023, and November 20, 2023, the court advised plaintiff that a failure to update a mailing address after a transfer or release from incarceration will result in dismissal of this action.

The court's mail to plaintiff has been returned as undeliverable, and plaintiff has not contacted the court since January 4, 2024.  Plaintiff failed to comply with the court's Orders requiring plaintiff to maintain an accurate mailing address.  Therefore, the court finds that plaintiff failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b), by not complying with the court's prior Orders.  *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating *pro se* litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); *Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).  Accordingly, this action is **DISMISSED without prejudice,** all pending motions are **DENIED** as moot, and this matter is **STRICKEN** from the docket of this court.

The Clerk is directed to send copies of this Order to the parties.

Enter:  October 22, 2024

*/s/ Robert S. Ballou*
Robert S. Ballou
United States District Judge